# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DON ALLEN                                                                                                           PLAINTIFF

v.                                        No. 4:09MC00011 JLH

THE STATE OF OKLAHOMA                                                                         DEFENDANT

## ORDER

Don Allen filed a motion to quash a subpoena and later filed a motion to deem that motion moot. The motion to deem moot is GRANTED. Document #3. The motion to quash is hereby denied as moot.

IT IS SO ORDERED this 24th day of April, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE